ROSE D. BUSH, as Administratrix of the Estate of WILLIAM C. BUSH, Appellant, *v.* THE DELAWARE AND HUDSON RAILROAD CORPORATION, Respondent.

(Argued November 22, 1934; decided December 31, 1934.)

*Alfred L. Simon* for appellant.

*Joseph Rosch* and *Raymond L. Carr* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.